THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVADOR DIAZ, Appellant.

Decided June 25, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAJOR HARDEN, Appellant.

Submitted May 11, 2009; decided June 25, 2009

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied the motion to strike portions of the People's Appellate Division brief, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

In the Matter of BENJAMIN PEREZ, Respondent, v GRISSEL SEPULVEDA, Appellant.

Submitted May 18, 2009; decided June 25, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.